AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | ) |
|---|---|
| Caroline Mayorga | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 13-MC-21(S) |
| First Resolution Investment Corp., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Caroline Mayorga  .

Date: 05/21/2013

/s/ Michael N. Litrownik
*Attorney's signature*

Michael N. Litrownik
*Printed name and bar number*

Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005
*Address*

mike@bromberglawoffice.com
*E-mail address*

(212) 248-7906
*Telephone number*

(212) 248-7908
*FAX number*