IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK        **NOTICE OF MOTION**

---

CAROLINE MAYORGA ON BEHALF OF HERSELF         Case No.:
AND ALL OTHERS SIMILARLY SITUATED,

      PLAINTIFF,

                                              for the miscellaneous action
                                              to quash subpoena in the
                                              United States District Court
vs.                                            for the Western District of
                                              New York.

FIRST RESOLUTION INVESTMENT
CORPORATION, SHARINN & LIPSHIE, P.C.,          Case No.:
CHRISTOPHER VOLPE, RONALD LIPSHIE,             12-CV-00587-DLI-VVP
HARVEY SHARINN, ANGEL PAGE, JOHN DOES          Currently pending in the
#1-10,                                          United States District Court
                                                for the Eastern District of
      DEFENDANTS,                               New York.

---

| | |
|---|---|
| MOTION BY: | Dubin & Dubin LLP by and through its attorneys. |
| DATE, TIME AND PLACE OF MOTION: | On _____, 2013, at _____ a.m./p.m. or as soon thereafter as counsel can be heard, before Hon. _____ United States District Court, Western District of New York, 2 Niagara Square, Buffalo, New York 14202-3498 |
| SUPPORTING PAPERS: | Supporting Affidavits of Troy S. Flascher, Esq., Robert Dubin, Esq., with attached exhibits, and Memorandum of Law. |
| RELIEF REQUESTED: | An Order pursuant to Fed.R.Civ.P. 45(c)(3)(a)quashing the non-party subpoena duces tecum issued to Dubin & Dubin LLP together with such other and further relief as the Court deems just and proper. |
| ANSWERING PAPERS: | To be served in accordance with the Court's directive, and, pursuant to Fed.R.Civ.P. 6(c)(2), at least seven days prior to the return date for oral argument. |

DATED:     Buffalo, New York
               May _15_, 2013

By: _____
Troy S. Flascher, Esq.
GOLDBERG SEGALLA LLP
*Attorneys for Dubin & Dubin LLP*
665 Main Street, Suite 400
Buffalo NY 14203
Phone: (716) 566-5400
Cell:    (716) 844-3417
tflascher@goldbergsegalla.com

TO:     Brian L. Bromberg, Esq.
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York NY 10005
brian@brianbromberg.com

Nasoan Channa Sheftel-Gomes
Urban Justice Center
123 William Street, 16th Floor
New York NY 10035
nsheftel-gomes@urbanjustice.org

Ahmad Keshavarz, Esq.
The Law Offices of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn NY 11241
ahmad@newyorkconsumerattorney.com

Harvey David Epstein, Esq.
Urban Justice Center
123 William Street, 16th Floor
New York NY 10035
hepstein@urbanjustice.org

Michael Noah Litrownik
40 Exchange Place, Suite 2010
New York NY 10005
mike@bromberglawoffice.com

1036043.1

2